JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YESSENIA ALVAREZ CABANILLAS,

Petitioner,

v.

GEO GROUP, INC., et al.,

Respondents.

Case No. EDCV 25-3484 ODW (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge.

IT IS HEREBY ADJUDGED that Judgment is entered DISMISSING this action as moot.

DATED: November 18, 2026

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE